# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JEAN-PIERRE,** | : | CIVIL ACTION NO. 1:10-CV-1577 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **HOWARD HUFFORD, WARDEN,** | : | |
| **F.C.I. SCHUYLKILL,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 30th day of July, 2010, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 originally filed by petitioner Steven Jean-Pierre ("Jean-Pierre") in the United States District Court for the Western District of Pennsylvania and recently transferred to this court (Doc. 5), and it appearing that the petition is identical to one filed in this court by Jean-Pierre on July 1, 2010, and assigned Civil action 1:10-CV-1361, and another filed in the Eastern District of Pennsylvania and transferred to this court on July 27, 2010, and assigned Civil action 1:10-CV-1566, and it further appearing that a comparison of the three petitions reveals that Jean-Pierre mailed the identical petition, but for the captions and certificates of service, to three separate courts, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED as it is a duplicate of Civil action 1:10-CV-1361.[1]

2. The Clerk of Court is directed to CLOSE this case.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

---

[1] On July 2, 2010, following preliminarily review, see R. GOVERNING § 2254 CASES R.1(b) (applicable to petitions under 28 U.S.C. § 2241 in the discretion of the court), Civil action 1:10-CV-1361 was dismissed without prejudice. (Doc. 5). The matter is presently on appeal. (Docs. 6, 8.) Also, on July 29, 2010, Civil action 1:10-CV-1566 was dismissed because it, too, was a duplicate of case number 1:10-CV-1361.